UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Maiceo Harrell, | ) ) ) | Bankruptcy Case: |
| Debtor | ) ) | |
| Maiceo Harrell, | ) ) | Honorable: |
| Plaintiff | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) | |
| Defendant | ) | |

United States Courts
Southern District of Texas
FILED

AUG 14 2025

Nathan Ochsner, Clerk of Court

**Complaint to Determine Dischargeability of Student Loan**

1. I, Maiceo Harrell, bring this action, pro se, for the discharge of my federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. $523(a)(8).

2. I filed a Chapter 7 Bankruptcy. This Court thus has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding. I consent to the entry of final orders of judgment by the Bankruptcy Court in this matter.

3. These student loans, in their original amounts of $20500, $4500, $20500, $2000, $5500, $2000, $2000, $5500, and $7491, were incurred to pay tuition at Howard University to obtain a degree in Business Management and University of Houston - Downtown to obtain a degree in Master of Business Administration/Finance. I withdrew from the Master of Business Administration/Finance program at University of Houston - Downtown.

4. My income is insufficient to meet my basic living expenses and pay back my student loan debt, as shown on Schedules I and J filed in this case.

5. **Future Inability to Repay Student Loans:**
   The court should presume that I will remain unable to repay my student loan debt in accordance with

the presumption of hardship criteria outlined on page 9, section B of the "Departmental Guidance Regarding Student Loan Bankruptcy Litigation." This presumption is based on my experience of the hardships listed below.

6. I have demonstrated good faith with regard to repayment of my student loan debt.
   I. The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - University of Houston - Downtown - *****8876U19G03612001" was in forbearance for 39 months.
   The loan identified as "DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) - Howard University - *****8876S14G01448001" was in forbearance for 39 months.
   The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - University of Houston - Downtown - *****8876U18G03612001" was in forbearance for 39 months.
   The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Howard University - *****8876U16G01448001" was in forbearance for 39 months.
   The loan identified as "DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) - Howard University - *****8876S15G01448001" was in forbearance for 39 months.
   The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Howard University - *****8876U15G01448001" was in forbearance for 39 months.
   The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Howard University - *****8876U14G01448001" was in forbearance for 39 months.
   The loan identified as "DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) - Howard University - *****8876S16G01448001" was in forbearance for 39 months.
   The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - University of Houston - Downtown - *****8876U20G03612002" was in forbearance for 39 months.
   II. I have been on a student loan repayment program.
   III. I have made good faith efforts to obtain and maintain employment in addition to maximizing income and minimizing expenses in order to pay as much as possible toward my student loan debt.
7. Some of the unsecured debts I owe and listed in Schedule E/F are student loans owing to Defendant, the Department of Education. With accumulated interest, Defendant claims that the amount that was owed on the student loans when this case was filed was $83962.67000000001.
8. The Defendant, the Department of Education, is responsible for the overall operation of the

guaranteed federal student loan program.

WHEREFORE, I, the Debtor, request that this Court enter an Order declaring my student loan debt to be dischargeable in this case.

Date: 08/14/2025

Respectfully filed,

*[signature]*

Maiceo Harrell

Pro Se Plaintiff

935 North Wilcrest Drive 4024, Houston, TX 77079

maiceo.harrell@gmail.com

Service List

United States Attorney's Office
Attn: Civil Division for U.S. Department of Education
1000 Louisiana
Ste. 2300
Houston, TX 77002

Attorney General of the United States
Department of Justice, Room B-103
950 Pennsylvania Ave NW
Washington DC 20530-0001

United States Department of Education
Attn: General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002